Franklin ALMA, Petitioner–Appellant,

v.

Jenifer WALL; U.S. Department of Homeland Security, Respondents–Appellees.

No. 15–6033.

United States Court of Appeals, Fourth Circuit.

Submitted: March 19, 2015.

Decided: April 7, 2015.

---

Franklin Alma, Appellant Pro Se. Stephen Aubrey West, Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before WILKINSON and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin Alma, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Alma v. Wall*, No. 5:14–hc–02066–FL (E.D.N.C. Dec. 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*